El Pueblo de Puerto Rico, demandante y apelado, *v.* Sergio Plata, acusado y apelante.

No. 3079.—*Sometido:* Febrero 28, 1927. *Resuelto:* Abril 25, 1927.

1. Derecho Penal—Juicio—Curso del, y Forma en que se Conduce el Juicio en General—Abogado Defensor para Personas Acusadas de Delito Grave —En General.—Generalmente cuando una persona permite que su caso se vea sin estar representada por abogado, debe atenerse a las consecuencias como cualquier otro litigante.

2. Derecho Penal—Apelación y Error, y Certiorari—Récord y Procedimientos que no Están en Récord—Omisiones en el Récord—Transcripción de la Evidencia—Concesión de Término para Elevarla al Supremo.— Cuando un acusado no tiene abogado y, por estar en la cárcel, no puede comparecer para proseguir su apelación, e ignora el hecho de que puede soli-

citar prórrogas, el Supremo puede, en el ejercicio de su discreción, concederle tiempo para elevar y unir al *transcript* de autos la transcripción de la evidencia.

MOCIÓN solicitando permiso para elevar la transcripción de la evidencia. *Con lugar.*

El propio apelante compareció por escrito.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Sergio Plata, el apelante, fué convicto en la Corte de Distrito de San Juan por el delito de escalamiento en primer grado y sentenciado a cumplir dos años de presidio. Apeló oportunamente y solicitó de la corte que ordenara al taquígrafo transcribir sus notas taquigráficas para usarlas en el resurso de apelación. En 27 de noviembre de 1926 la corte ordenó al taquígrafo que transcribiera dichas notas en el término de veinte días. Nada se hizo después, ni se solicitó una prórroga, y en 20 de diciembre de 1926 fué elevada la transcripción de los autos a esta Corte sin que contuviera la prueba aducida en el juicio. El apelante no tuvo abogado que le representara en la corte inferior ni lo tiene ahora y solicita de esta corte le conceda tiempo para elevar la transcripción de la evidencia.

[1, 2] Generalmente cuando una persona permite que su caso se vea sin estar representado por abogado, debe atenerse a las consecuencias como cualquier otro litigante. La ley exige que un apelante prosiga sus casos y obtenga prórrogas, si fueren necesarias. Sin embargo, este apelante estaba en la cárcel y no podía comparecer ante la corte para proseguir su apelación y desde luego ignoraba el hecho de que debía solicitar prórroga. Ordinariamente veinte días debe ser un tiempo suficiente, pero los taquígrafos de la Corte de Distrito de San Juan trabajan casi todo el tiempo.

Bajo las circunstancias, estamos dispuestos a ejercer nuestra discreción y *concederemos al apelante treinta días para*

*elevar la transcripción de la evidencia en este caso y para obtener las órdenes necesarias de la Corte de Distrito de San Juan.*